

**ADKERSON, HAUDER & BEZNEY, P.C.**
ATTORNEYS AND COUNSELORS

1700 PACIFIC AVENUE   SUITE 4450   DALLAS, TEXAS 75201-7323
214.740.2500(MAIN)   214.740.2501(FAX)

BERNIE E. HAUDER
DIRECT DIAL: 214.740.2503                                           E-MAIL: bernie@ahblaw.net

April 18, 2016

**Via Email**
Lanny D. Ray
CANTRELL, RAY, & BARCUS, LLP
P.O. Box 1019
Huntsville, Texas 77342
lanny@crblawyers.com

    Re:    Civil Action No. : 4:15-cv-1696
            *Terry D. Redmon vs. Stonebridge Life Insurance Company*
            Our file no.:   2730.213

Dear Mr. Ray:

    Please accept this letter as a Rule 11 Agreement extending the deadline for Discovery for 30 days or from April 29, 2016 to May 30, 2016 in the above referenced matter.

    If this agreement meets with your approval, please sign below and return to our office via email for filing.

    Thank you for your attention to this matter.

                                Very truly yours,

                                */s/ Bernie E. Hauder*

                                Bernie E. Hauder

_____
Lanny Ray, *Attorney for Plaintiff*

BEH/nwl
K:\Redmon\2730.213\Corres\Opco Rule 11Agreement.doc