IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY REDMON | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-cv-1696 |
| | § | |
| STONEBRIDGE LIFE INSURANCE COMPANY | § § | |
|     Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terry Redmon ("Redmon") and Defendant Transamerica Life Insurance Company ("Transamerica") stipulate the above-numbered and entitled civil action is dismissed with prejudice for the reason that the matter has been fully and finally resolved.

**WHEREFORE,** Plaintiff Terry Redmon and Defendant Transamerica stipulate the above-numbered and entitled civil action is dismissed with prejudice and that all costs of Court be paid by the party incurring same.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **CANTRELL, RAY & BARCUS, LLP** | **ADKERSON, HAUDER & BEZNEY, P.C.** |
| By: _/s/ Lanny D. Ray_<br>    LANNY D. RAY<br>    State Bar No. 24000027 | By: _/s/ Bernie E. Hauder_<br>    BERNIE E. HAUDER<br>    State Bar No. 09233600 |
| P.O. BOX 1019<br>Huntsville, Texas 77342<br>TEL. (936) 730-8541<br>FAX: (936) 730-8535<br>Email: lanny@crblawyers.com | 1700 Pacific Avenue, Suite 4450<br>Dallas, Texas 75201-7323<br>214-740-2500<br>214-740-2501 - Facsimile<br>E-Mail Bernie@ahblaw.net |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |